UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

KUSHAWN S. MILES,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS et al.,

    Defendants.
_____/

Case No. 2:19-cv-205

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE**.

Dated: November 19, 2019

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge